THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | 3:13-CV-338 |
| | : | (JUDGE MARIANI) |
| EMMANUEL HIPOLITO, et al., | : | |
| Defendants. | : | |

### ORDER

AND NOW, THIS 5th DAY OF MARCH 2015, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. 19), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment (Doc. 19) is **DENIED**.

2. A telephone conference will be held on **MARCH 17, 2015 at 11:30 A.M.** to schedule a date for trial. Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge